**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO.  1:22-cr-46 |
| **Plaintiff,** | JUDGE  COLE |
| **vs.** | **INFORMATION** |
| **IRENE FERRIN,** | **18 U. S. C. § 641** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Theft of Public Money)**

From in or about January 1973, and continuing through in or about June 2021, in the Southern District of Ohio, the defendant, **IRENE FERRIN**, did knowingly and willfully embezzle, steal, purloin, and convert to her own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, U.S. Department of Veterans Affairs benefits having a value of approximately $461,780.35.

**In violation of 18 U.S.C. § 641.**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**TIMOTHY LANDRY (MA 669554)**
**SPECIAL ASSISTANT U.S. ATTORNEY**